# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:21-mj-2087   **Date:** May 14, 2021

United States of America   vs.   Kelvon Foster

**Present before:** Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Dahl | ECRO | Corey Miller |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Tracy Stone | Benjamin Sharp, FDS | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [ ] Government requested detention of the defendant:
    - [ ] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.   [ ] Detention hearing held.
- [✓] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.   [ ] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [✓] Case under seal as to defendant(s):
    - [X] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Preliminary Hearing:**
- [ ] **Arraignment Hearing:**
- [ ] **Other Hearing:**

[ ] Defendant remanded to custody.   [✓] Defendant released on Order Setting Conditions of Release.

**Time:** 11:00 a.m.    11:15 a.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 321mj2087 _ 051421 _

Case 3:21-mj-02087-HBG   Document 4   Filed 05/14/21   Page 1 of 1   PageID #: 7